Decision Per Curiam.

━━━━━━━

Thomas J. Steele, Lide S. Steele and Walter C. Tucker, Appellants, vs. J. W. Covington and R. L. Steele as Executors of the Last Will and Testament of Robert L. Steele, Sr., Deceased, Appellees. (No. 4).

### DIVISION B.

Appeal from the Circuit Court, Marion county; William A. Hocker, Judge.

*Anderson & Hocker,* for Appellants.

*W. K. Zewadski,* for Appellees.

The bill in this cause was filed by the appellees against the appellants. There were decrees for the complainants, and the defendants appeal. The decrees are affirmed.